☒ FILED  ☐ LODGED

**Mar 20 2020**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Montavis Middleton #97524-004
Name and Prisoner/Booking Number

U.S. Penitentiary
Place of Confinement

P.O. Box 24550
Mailing Address

Tucson, AZ, 85734
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Montavis D. Middleton,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Barbara von Blanckensee,
(Full Name of Defendant)

(2) Herbert Koger,

(3) Darren McWhorter,

(4) A. Gallion,

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO.   CV-20-00130-TUC-DCB-PSOT
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☒ Other: 28 U.S.C. 2201-02, 28 U.S.C. 2671.

2. Institution/city where violation occurred: USP Tucson

## B. DEFENDANTS

1. Name of first Defendant: __Barbara von Blanckensee__. The first Defendant is employed as: __Complex Warden__ at __USP Tucson__.
   (Position and Title)                              (Institution)

2. Name of second Defendant: __Herbert Koger__. The second Defendant is employed as: __Associate Warden__ at __USP Tucson__.
   (Position and Title)                              (Institution)

3. Name of third Defendant: __Darren McWhorter__. The third Defendant is employed as: __Captain__ at __USP Tucson__.
   (Position and Title)                              (Institution)

4. Name of fourth Defendant: __A. Gallion__. The fourth Defendant is employed as: __SIS Lieutenant__ at __USP Tucson__.
   (Position and Title)                              (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   (☐ No)

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>Violation of First Amendment</u>.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: <u>Freedom of Association</u>.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   In February 2019 defendant Gallion, an Investigator at USP Tucson, falsely accused plaintiff of conspiring with his sister during a visit to introduce drugs into U.S.P. Tucson and submitted a recommendation to defendants McWhorter, Koger and Blanckensee (supported by the false drug introduction accusations) to suspend plaintiff's visits with his sister and telephone access to this family member indefinitely. Despite his objections, defendants Koger and McWhorter supported Gallion's recommendation ultimately resulting in Blanckensee's decision to suspend visitation and telephone access between plaintiff and his sister. In addition to this, Gallion - who supervises monitoring of incoming and outgoing correspondence - began personally delaying plaintiff's incoming and outgoing correspondence to his sister (and all others) by 6 to 7 weeks before delivering it to plaintiff or the U.S. Postal Service. Administrative appeals to BOP to reverse these activities did not result in its cessation.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Loss of access to a sibling, anxiety, depression, suicidal thoughts and feelings.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>Violation of the 8th Amendment</u>.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The facts of Count I are reincorporated here. Following Gallion's allegations the plaintiff was confined to the U.S.P. Tucson SHU where conditions were abysmal. For nearly all of one year plaintiff was denied clean clothing, clean linens, sanitation supplies to clean his cell, television access, radio access, magazines or books, educational programs in their totality. Food portions served in SHU were so minimal plaintiff lost at least 10% of his body weight. Officers verbally abused inmates day and night with constant profanity and insults. In response to this, plaintiff and many other SHU inmates, complained to Blanckensee, Koger, McWhorter and Gallion. In addition, plaintiff complained to defendant Ulrich who supervises the SHU staff and Gene Beasley who oversees operations at USP Tucson in letters and tort claims. None of these defendants ever took corrective action, instead Blanckensee retaliated by removing coffee, food and hygeine products from the SHU commissary list resulting in plaintiff no longer being able to purchase even soap, toothpaste or deoderant. These defendants were personally aware of these conditions not only from plaintiff's complaints, but from a multitude of lawsuits filed by current and former USP Tucson inmates and also the estates of former - now deceased - USP Tucson inmates.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Weight loss, constant hunger, skin irritation/rash, constant body odor, tooth decay, anxiety, depression, suicidal ideation, irritability, loss of constitutional rights.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Due to threats from staff

## COUNT III

1. State the constitutional or other federal civil right that was violated: <u>Violation of 1st, 8th Amendments and FTCA 28 U.S.C. 2671-80, state law claims of negligence and intentional infliction of emotional distress.</u>

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The facts of Counts I and II involved defendants BOP and the United States because defendants Gallion, Blanckensee, Koger, McWhorter, Ulrich, Beasley are employees of BOP and the United States and were acting in their official capacity as such. The actions of these defendants explicitly violated numerous BOP program statements, regulations and the standard of care generally mandated by 18 U.S.C. §4042 et seq.

   As a result plaintiff seeks damages from defendant United States and injunctive relief against BOP.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Same as Counts I and II

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>Received threats from BOP staff following submission of administrative remedy and SF-95 form.</u>

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

### E. REQUEST FOR RELIEF

State the relief you are seeking:

1 - Trial by Jury.

2 - Compensatory damages against United States in amount of $500,000.00

3 - Compensatory and Punitive damages against Ulrich, Gallion, Blanckensee, Koger, Beasley and McWhorter in an amount to be determined by a jury. (Continued on Page 7).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3-15-2020
            DATE

*/s/ Montavis Middleton*
SIGNATURE OF PLAINTIFF
Montavis D. Middleton

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

E. Request For Relief
(Continuation Page)

4. An Injunction enjoining the BOP and its employees from:

   i. denying plaintiff visits with his sister;
   ii. denying plaintiff phone calls with his sister;
   iii. delaying delivery of incoming mail more than 48 hours to plaintiff;
   iv. delaying delivery of outgoing mail more than 48 hours of plaintiff's;
   v. denial of access to a radio;
   vi. denial of access to magazines and books via U.S. Mail;
   vii. denial of access to clean clothing at least 3 times per week;
   viii. denial of nourishment and adequate portions in all meals;
   ix. continuing to house plaintiff in the SHU;
   x. continuing to harrass plaintiff thru false discipline charges and transfer requests and placements in SHU.

5. Award plaintiff costs and fees.

7

## B. Defendants
(continued)

5. Defendant Jeremy Ulrich is employed as a SHU Lieutenant.

6. Defendant Gene Beasley is employed as a BOP Regional Director.

7. Defendant Bureau of Prisons, is a federal agency, sued for injunctive relief <u>only</u>.

8. Defendant United States is the FTCA defendant.

Mon-Tavis Daíon Middleton #97524-004
United States Penitentiary Tucson
P.O. Box 24550
Tucson, AZ 85734

"Legal mail"

RECEIVED
MAR 20 2020

85701-500099

18 MAR 2020 PM 4 L
PHOENIX AZ 852

U.S. District Court
405 W. Congress Street
Tucson, AZ 85701