MDR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Montavis D. Middleton, | No. CV 20-00130-TUC-DCB |
| Plaintiff, | |
| v. | **ORDER FOR PAYMENT** |
| Barbara Von Blanckensee, et al., | **OF INMATE FILING FEE** |
| Defendants. | |

**TO: THE WARDEN OF THE UNITED STATES PENITENTIARY-TUCSON**

Plaintiff Montavis D. Middleton, inmate #97524-004, who is confined in the United States Penitentiary-Tucson, must pay the statutory filing fee of $350.00. Plaintiff must first pay an initial partial filing fee of $6.18. Thereafter, Plaintiff must pay the balance of the fee in monthly payments of 20% of the preceding month's income credited to Plaintiff's trust account. The Warden of the United States Penitentiary-Tucson or his/her designee must collect and forward these payments to the Clerk of Court each time the amount in the account exceeds $10.00.

**IT IS ORDERED:**

(1) The Warden of the United States Penitentiary-Tucson or his/her designee must forward to the Clerk of Court the initial partial filing fee of $6.18. The balance of the $350.00 filing fee must be collected from Plaintiff's trust account in monthly payments of 20% of the preceding month's income credited to the account. Payments must be

forwarded to the Clerk of Court each time the amount in the account exceeds $10.00. The payments must be clearly identified by the name and number assigned to this action.

(2) The Warden of the United States Penitentiary-Tucson or his/her designee must notify the Clerk of Court in writing when Plaintiff is released or transferred to a correctional institution other than the United States Penitentiary-Tucson, so new billing arrangements may be made to collect any outstanding balance.

(3) The Clerk of Court must serve by mail a copy of this Order on the Warden of the United States Penitentiary-Tucson, U.S. Penitentiary, 9300 South Wilmot Road, Tucson, Arizona 85706.

(4) The Clerk of Court must forward a copy of this Order to Financial Administration for the Tucson Division of the United States District Court for the District of Arizona. Financial Administration must set up an account to receive payments on the filing fee for this action and must notify the Court when the filing fee is paid in full.

Dated this 7th day of May, 2020.

_____
Honorable David C. Bury
United States District Judge